IN THE SUPREME COURT OF THE
STATE OF OREGON

ELIZABETH A. EARLS, )
)
    Petitioner, )
)
    v. )    SC  S51005
)
HARDY MYERS, Attorney General, )
State of Oregon, )    **\*AMENDED**
)    **ORDER CERTIFYING**
    Respondent. )    **BALLOT TITLE**

    Upon consideration by the court.

    Petitioner's arguments that the Attorney General's certified ballot title for Initiative Petition 97 (2004) does not comply substantially with ORS 250.035(2) are not well taken.

    The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed measure.

    Dated this 4th day of February 2004.


_____
WALLACE P. CARSON, JR.
CHIEF JUSTICE


c:    Bruce A. Bishop
    Rolf C. Moan
    Publications, Oregon Judicial Department
    Hon. Bill Bradbury, Oregon Secretary of State

---

### DESIGNATION OF PREVAILING PARTY AND AWARD OF COSTS

Prevailing party: Respondent

[XX] No costs allowed.

---

order.wpd